No. 01–622. MAWHIRT *v.* AHMED ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–623. LEVINE ET AL. *v.* MARCH. C. A. 6th Cir. Certiorari denied.

No. 01–624. LAFAVRE, AKA HOWERTER, ET AL. *v.* KANSAS ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–626. JOHNSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOHNSON, DECEASED *v.* TAYLOR ET AL. Ct. App. Tex., 7th Dist. Certiorari denied.

No. 01–628. LANTZ *v.* BANKS, CLERK, CITY OF SOUTHFIELD. Ct. App. Mich. Certiorari denied.

No. 01–629. MICHIGAN STATE UNEMPLOYMENT AGENCY, DEPARTMENT OF CONSUMER AND INDUSTRY SERVICES *v.* FRANK, TRUSTEE. C. A. 6th Cir. Certiorari denied.

No. 01–630. MORALES *v.* P. F. LABORATORIES, INC. C. A. 3d Cir. Certiorari denied.

No. 01–632. NOBACK *v.* TRANCISCO INDUSTRIES, INC. C. A. 9th Cir. Certiorari denied.

No. 01–633. CRAWLEY *v.* MAYNARD, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–634. BABB *v.* THOMPSON ET AL. Ct. App. N. C. Certiorari denied.

No. 01–636. BEST ET UX. *v.* SEARS, ROEBUCK & CO. ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 01–638. WISCONSIN STATE ENGINEERING ASSN. ET AL. *v.* LIGHTBOURN, ACTING SECRETARY, WISCONSIN DEPARTMENT OF ADMINISTRATION, ET AL. Sup. Ct. Wis. Certiorari denied.